IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TEDDY S. WILLIAMS,                           No. 2:06-cv-0279-MCE-GGH-P

       Petitioner,

  v.                                         <u>ORDER</u>

EDWARD S. ALAMEIDA, et al.,

       Respondents.
_____/

    Petitioner, a state prisoner proceeding pro se, has filed an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On April 25, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to Petitioner that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  Twenty days passed and Petitioner did not file objections.

1

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 25, 2006, are adopted in full; and

2. This action is dismissed for Petitioner's failure to exhaust state court remedies.

DATED: July 6, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE